IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| VIRGIL HUNTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:16cv543-MHT |
| | ) | (WO) |
| CITY OF TALLASSEE, | ) | |
| ALABAMA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

OPINION

Plaintiff, proceeding in forma pauperis, filed this lawsuit alleging that he was wrongfully arrested, detained, and prosecuted in violation of the First and Fourth Amendment. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed. Also before the court are plaintiff's objections. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 27th day of April, 2017.

                              /s/ Myron H. Thompson
                         UNITED STATES DISTRICT JUDGE