IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| VIRGIL HUNTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:16cv543-MHT |
| | ) | (WO) |
| CITY OF TALLASSEE, | ) | |
| ALABAMA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff's objections (doc. no. 20) are overruled.

(2) The United States Magistrate Judge's recommendation (doc. no. 19) is adopted.

(3) This lawsuit is dismissed without prejudice, with no costs taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment

pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 27th day of April, 2017.

                                           /s/ Myron H. Thompson
                                      UNITED STATES DISTRICT JUDGE